IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03112-REB-SKC

JEFF ZEBRASKY,

    Plaintiff,

v.

MONTGOMERY MUTUAL INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER of U.S. District Judge Robert E. Blackburn issued on August 31, 2023, [ECF No. 22] it is

ORDERED that Defendant Montgomery Mutual Insurance Company's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed R. Civ. P. 12(b)(2) [ECF No. 14] is granted.  It is

FURTHER ORDERED that the case is DISMISSED without prejudice for lack of personal jurisdiction.  It is

FURTHER ORDERED that judgment is entered in favor of the defendant, Montgomery Mutual Insurance Company, and against the plaintiff, Jeff Zebrasky.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 31st day of August, 2023.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes
    J. Dynes, Deputy Clerk